**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| CONDEMNATION OF PERMANENT AND TEMPORARY RIGHTS OF WAY FOR THE TRANSPORTATION OF NATURAL GAS IN BUFFALO TOWNSHIP, WASHINGTON COUNTY, PENNSYLVANIA, OVER LANDS OF DR. LARRY G. AND MARY P. SMITH BY NATIONAL FUEL GAS SUPPLY CORPORATION  DR. LARRY G. SMITH AND MRS. MARY P. SMITH, HUSBAND AND WIFE V. NATIONAL FUEL GAS SUPPLY CORPORATION | No. 283 WAL 2018 <br><br> Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: LARRY G. SMITH AND MARY P. SMITH | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.